# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

In re: JEB I, LLC                                   § Case No. 18-25876-TJC
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GEORGE W. LIEBMANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $911,500.00                     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $941,131.50      Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration: $78,032.36

---

   3) Total gross receipts of $ 1,019,163.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,019,163.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,228,280.00 | $1,746,274.62 | $931,270.12 | $931,270.12 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 78,032.36 | 78,032.36 | 78,032.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 42,200.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,255.00 | 224,835.72 | 224,835.72 | 9,861.38 |
| **TOTAL DISBURSEMENTS** | $2,275,735.00 | $2,049,142.70 | $1,234,138.20 | $1,019,163.86 |

    4) This case was originally filed under Chapter 7 on December 03, 2018. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/05/2019          By: /s/GEORGE W. LIEBMANN, TRUSTEE
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 620 NAYLOR ROAD CARVE OUT | 1110-000 | 1,005,233.42 |
| INSURANCE REFUND | 1229-000 | 3,474.44 |
| Checking Account at First Shore Federal, xxxxxx9 | 1129-000 | 7,000.00 |
| RENT FOR 620 NAYLOR ROAD | 1222-000 | 3,456.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,019,163.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Shore Federal Savings and Loan Association | 4110-002 | 758,880.00 | 776,582.80 | 787,897.83 | 787,897.83 |
| 2S | First Shore Federal Savings and Loan Association | 4110-002 | 190,000.00 | 23,417.20 | 23,758.40 | 23,758.40 |
| 3 | Bank of Delmarva | 4110-000 | 0.00 | 328,567.55 | 0.00 | 0.00 |
| 5 | Hebron Savings Bank | 4110-000 | 326,400.00 | 297,129.25 | 0.00 | 0.00 |
| 6 | Hebron Savings Bank | 4110-000 | 153,000.00 | 155,919.86 | 0.00 | 0.00 |
| 7 | Wicomico County MD | 4700-000 | N/A | 45,044.07 | 0.00 | 0.00 |
| NOTFILED | Wilson and Shirley Davis | 4110-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilson and Shirley Davis | 4110-000 | 400,000.00 | N/A | N/A | 0.00 |
| | JOHN B. ROBINS IV ESCROW ACCOUNT | 4110-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LONG BADGER AND SHELLER LLP TRUST ACCOUNT | 4110-002 | N/A | 4,613.89 | 4,613.89 | 4,613.89 |
| LONG BADGER AND SHELLER LLP TRUST ACCOUNT | 4110-002 | N/A | 108,000.00 | 108,000.00 | 108,000.00 |
| **TOTAL SECURED CLAIMS** | | | $2,228,280.00 | $1,746,274.62 | $931,270.12 | $931,270.12 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1 Trustee Compensation - GEORGE W. LIEBMANN, TRUSTEE | 2100-000 | N/A | 3,394.31 | 3,394.31 | 3,394.31 |
| 1 Trustee Expenses - GEORGE W. LIEBMANN, TRUSTEE | 2200-000 | N/A | 143.15 | 143.15 | 143.15 |
| 1 Attorney for Trustee Expenses (Trustee Firm) - GEORGE W. LIEBMANN, ESQUIRE | 3120-000 | N/A | 31.00 | 31.00 | 31.00 |
| Other - SVN-MILLER COMMERCIAL REAL ESTATE | 3510-002 | N/A | 60,000.00 | 60,000.00 | 60,000.00 |
| 1 Attorney for Trustee Fees (Trustee Firm) - GEORGE W. LIEBMANN, ESQUIRE | 3110-000 | N/A | 5,998.75 | 5,998.75 | 5,998.75 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK, | 2700-000 | N/A | 11.00 | 11.00 | 11.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - | 2700-000 | N/A | 3.50 | 3.50 | 3.50 |
| Other - LONG BADGER AND SHELLER LLP TRUST ACCOUNT | 2500-002 | N/A | 450.65 | 450.65 | 450.65 |
| Other - LONG BADGER AND SHELLER LLP TRUST ACCOUNT | 2990-002 | N/A | 1,900.00 | 1,900.00 | 1,900.00 |
| Other - LONG BADGER AND SHELLER LLP TRUST ACCOUNT | 2820-002 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| Other - LONG BADGER AND SHELLER LLP TRUST ACCOUNT | 2820-002 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $78,032.36 | $78,032.36 | $78,032.36 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wicomico County MD | 5200-000 | 42,200.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $42,200.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | First Shore Federal Savings and Loan Association | 7100-000 | N/A | 157,995.77 | 157,995.77 | 6,929.76 |
| 4 | The Bank of Delmarva | 7100-000 | N/A | 31,983.10 | 31,983.10 | 1,402.79 |
| 8 | Jeffrey Dashiell | 7100-000 | N/A | 34,856.85 | 34,856.85 | 1,528.83 |
| NOTFILED | State Auto Insurance Compnay | 7100-000 | 4,087.00 | N/A | N/A | 0.00 |
| NOTFILED | Shorecut Lawn Care | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | State of MD/Comptroller | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | First Insurance Funding | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$5,255.00** | **$224,835.72** | **$224,835.72** | **$9,861.38** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-25876-TJC  
**Case Name:** JEB I, LLC  

**Trustee:** (400290) GEORGE W. LIEBMANN, TRUSTEE  
**Filed (f) or Converted (c):** 12/03/18 (f)  
**§341(a) Meeting Date:** 01/17/19  

**Period Ending:** 11/05/19  
**Claims Bar Date:** 03/05/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 926 EASTERN SHORE DR, SALISBURY, MD  (See Footnote) | 480,000.00 | 600.00 | OA | 0.00 | FA |
| 2 | 620 NAYLOR ROAD CARVE OUT  (See Footnote) | 1,200,000.00 | 0.00 | | 1,005,233.42 | FA |
| 3 | INSURANCE REFUND  (u) | 3,474.44 | 3,474.44 | | 3,474.44 | FA |
| 4 | 608 Naylor Mill Rd Salisbury, MD 21804, Fee simp   Orig. Description: 608 Naylor Mill Rd Salisbury, MD 21804, Fee simple; Imported from original petition Doc# 1  (See Footnote) | 431,500.00 | 31,500.00 | OA | 0.00 | FA |
| 5 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account at First Shore Federal, xxxxxx9   Orig. Description: Checking Account at First Shore Federal, xxxxxx9291; Imported from original petition Doc# 1 | 3,600.00 | 7,000.00 | | 7,000.00 | FA |
| 7 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 9 | RENT FOR 620 NAYLOR ROAD  (u) | 3,456.00 | 3,456.00 | | 3,456.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$2,122,030.44** | **$46,030.44** | | **$1,019,163.86** | **$0.00** |

RE PROP# 1    Trustee abandoned property Doc 39  
RE PROP# 2    CARVE-OUT FOR ESTATE PER NOTICE OF INTENT TO SELL (DOC 33); REPORT OF SALE (DOC 49)  
RE PROP# 4    Trustee abandoned property Doc 47  

**Major Activities Affecting Case Closing:**

03/19/19:  Amended Notice of Intent to Abandon Property identified as 608 Naylor Mill Road, Salisbury, MD.  
03/18/19:  Notice of Intent to Abandon Property identified as 608 Naylor Mill Road, Salisbury, MD.  
03/01/19:  Notice of Intent to Abandon Property identified as 926 Eastern Shore Dr., Salisbury, MD.  
02/13/19:  Notice of Intent to Sell property identified as 620 Naylor Mill Road, Salisbury, MD 21804  
02/13/19:  Application to Employ John M. McClellan of SVN-Miller Commercial Real Estate as Realtor  
01/21/19:  Trustee's Notice of Assets & Request for Notice to Creditors  
Proofs of Claims due by 04/21/2019  
2/19/19 App to employ GWL as Atty

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-25876-TJC  
**Case Name:** JEB I, LLC  

**Trustee:** (400290) GEORGE W. LIEBMANN, TRUSTEE  
**Filed (f) or Converted (c):** 12/03/18 (f)  
**§341(a) Meeting Date:** 01/17/19  

**Period Ending:** 11/05/19  
**Claims Bar Date:** 03/05/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2019      **Current Projected Date Of Final Report (TFR):** June 19, 2019 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-25876-TJC | | Trustee: | GEORGE W. LIEBMANN, TRUSTEE (400290) |
|---|---|---|---|---|
| Case Name: | JEB I, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3566 - Checking Account |
| Taxpayer ID #: | **-***6480 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 11/05/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/08/19 | {6} | JEFF DASHIELL | RECOVERY OF FUNDS IN BANK ACCOUNT | | 1129-000 | 7,000.00 | | 7,000.00 |
| 03/18/19 | 101 | CLERK, U.S.BANKRUPTCY COURT | CERTIFICATE OF NO OBJECTION TO SALE | | 2700-000 | | 11.00 | 6,989.00 |
| 04/14/19 | | LONG BADGER AND SHELLER LLP TRUST ACCOUNT | CARVE-OUT PROCEEDS SALE OF REAL PROPERTY, DOC 33 & 49 | | | 12,512.65 | | 19,501.65 |
| | {2} | | Gross Sale | 1,000,000.00 | 1110-000 | | | 19,501.65 |
| | {2} | | Tax Proration Refund | 5,233.42 | 1110-000 | | | 19,501.65 |
| | | SVN-MILLER COMMERCIAL REAL ESTATE | SVN-Miller Commercial Real Estate | -60,000.00 | 3510-002 | | | 19,501.65 |
| | | First Shore Federal Savings and Loan Association | First Shore Federal Savings | -787,897.83 | 4110-002 | | | 19,501.65 |
| | | | Provident State Bank | -4,613.89 | 4110-002 | | | 19,501.65 |
| | | | Provident State Bank | -108,000.00 | 4110-002 | | | 19,501.65 |
| | | | Seller closing costs - Fed Ex, Release Fee, Final Water | -450.65 | 2500-002 | | | 19,501.65 |
| | | | credits to buyer for security deposits Telecom and Ingersoll | -1,900.00 | 2990-002 | | | 19,501.65 |
| | | | State Deed Tax | -3,600.00 | 2820-002 | | | 19,501.65 |
| | | | State Transfer Fee/Tax | -2,500.00 | 2820-002 | | | 19,501.65 |
| | | First Shore Federal Savings and Loan Association | First Shore Federal Savings | -23,758.40 | 4110-002 | | | 19,501.65 |
| 04/14/19 | 102 | CLERK,US BANKRUPTCY COURT | ADDTL CHARGE CERT COPY OF DOCKET ENTRIES | | 2700-000 | | 3.50 | 19,498.15 |
| 04/29/19 | {9} | ORGANIZATION CREATIONS | RENTAL INCOME 620 NAYLOR RD | | 1222-000 | 1,800.00 | | 21,298.15 |
| 05/06/19 | 103 | JOHN B. ROBINS IV ESCROW ACCOUNT | RENTS ON EASTERN SHORE DRIVE ASSIGNED TO CREDITOR | | 4110-000 | | 7,000.00 | 14,298.15 |
| 05/06/19 | 104 {9} | ORGANIZATION CREATIONS-DAVID INGERSOLL | REFUND OF POST-SALE RENT | | 1222-000 | -450.00 | | 13,848.15 |
| 05/11/19 | {3} | AVERY W HALL INSURANCE AGENCY | INSURANCE REFUND | | 1229-000 | 3,474.44 | | 17,322.59 |
| 05/14/19 | {9} | MALONEY TELECOM,INC | RENTAL INCOME 620 NAYLOR RD | | 1222-000 | 2,106.00 | | 19,428.59 |
| 09/12/19 | 105 | First Shore Federal Savings and Loan Association | Dividend paid   4.38% on $157,995.77; Claim# 2U; Filed: $157,995.77; Reference: 1739 | | 7100-000 | | 6,929.76 | 12,498.83 |
| 09/12/19 | 106 | The Bank of Delmarva | Dividend paid   4.38% on $31,983.10; Claim# 4; Filed: $31,983.10; Reference: 0002 | | 7100-000 | | 1,402.79 | 11,096.04 |
| 09/12/19 | 107 | Jeffrey Dashiell | Dividend paid   4.38% on $34,856.85; Claim# | | 7100-000 | | 1,528.83 | 9,567.21 |

Subtotals :  $26,443.09   $16,875.88

{} Asset reference(s)

Printed: 11/05/2019 05:25 PM     V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 18-25876-TJC | Trustee: GEORGE W. LIEBMANN, TRUSTEE (400290) |
| Case Name: JEB I, LLC | Bank Name: Rabobank, N.A. |
| | Account: ******3566 - Checking Account |
| Taxpayer ID #: **-***6480 | Blanket Bond: $3,000,000.00 (per case limit) |
| Period Ending: 11/05/19 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8; Filed: $34,856.85; Reference: | | | | |
| 09/12/19 | 108 | GEORGE W. LIEBMANN, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,537.46 | 6,029.75 |
| | | | Dividend paid 100.00%   3,394.31<br>on $3,394.31;  Claim# ;<br>Filed: $3,394.31 | 2100-000 | | | 6,029.75 |
| | | | Dividend paid 100.00%   143.15<br>on $143.15;  Claim# ;<br>Filed: $143.15 | 2200-000 | | | 6,029.75 |
| 09/12/19 | 109 | GEORGE W. LIEBMANN, ESQUIRE | Combined Check for Claims#ATTYFEES,ATTYEXP | | | 6,029.75 | 0.00 |
| | | | Dividend paid 100.00%   5,998.75<br>on $5,998.75;  Claim# ATTYFEES; Filed: $5,998.75 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   31.00<br>on $31.00;  Claim# ATTYEXP; Filed: $31.00 | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 26,443.09 | 26,443.09 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 26,443.09 | 26,443.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,443.09 | $26,443.09 | |

{} Asset reference(s)

Printed: 11/05/2019 05:25 PM    V.14.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 18-25876-TJC | | Trustee: | GEORGE W. LIEBMANN, TRUSTEE (400290) |
|---|---|---|---|---|
| Case Name: | JEB I, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3567 - Checking Account |
| Taxpayer ID #: | **-***6480 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 11/05/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 26,443.09 | 26,443.09 | 0.00 |
| **Checking # ******3567** | 0.00 | 0.00 | 0.00 |
| | **$26,443.09** | **$26,443.09** | **$0.00** |

{} Asset reference(s)     Printed: 11/05/2019 05:25 PM     V.14.50